# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE JAMES LEE, | Case No. 1:24-cv-01104-SAB |
| Plaintiff, | ORDER REGARDING STIPULATION TO MODIFY THE SCHEDULING ORDER |
| v. | |
| SYNERGY TRUCKING, LTD, et al., | (ECF No. 17) |
| Defendants. | |

Pending before the Court is the timely stipulation from the parties to modify certain dates in the scheduling order. (ECF No. 17.) It appearing that the parties are diligently engaging in discovery, and good cause otherwise appearing, the Court approves the stipulation. The Court ORDERS that the following deadlines are modified in the scheduling order:

| | |
|---|---|
| Non-Expert Discovery Cut-off: | May 18, 2026 |
| Expert Disclosures: | May 18, 2026 |
| Supplemental Expert Disclosures: | June 18, 2026 |
| Expert Discovery Cut-Off: | July 30, 2026 |

The scheduling order (ECF No. 14) otherwise remains controlling.

IT IS SO ORDERED.

Dated: **February 27, 2026**

STANLEY A. BOONE
United States Magistrate Judge