# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE JAMES LEE,<br><br>Plaintiff,<br><br>v.<br><br>SYNERGY TRUCKING, LTD, et al.,<br><br>Defendants. | Case No. 1:24-cv-01104-SAB<br><br>ORDER REGARDING STIPULATION TO MODIFY THE SCHEDULING ORDER<br><br>(ECF No. 23) |

Pending before the Court is the timely stipulation from the parties to modify certain dates in the scheduling order. (ECF No. 23.) It appearing that the parties are diligently engaging in discovery, and good cause otherwise appearing, the Court approves the stipulation.

The Court ORDERS that the following deadlines are modified in the scheduling order:

1. Plaintiff's expert depositions will be completed by November 30, 2026, on mutually agreeable dates unless otherwise agreed in writing by the parties;
2. Defendants' expert depositions will be agreed upon and confirmed in writing by November 30, 2026;
3. Defendants' expert depositions will be completed by December 21, 2026; and

/ / /

/ / /

4. The scheduling order (ECF Nos. 14, 20) otherwise remains controlling.

IT IS SO ORDERED.

Dated: **October 30, 2026**

STANLEY A. BOONE
United States Magistrate Judge